UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TANYA SINGH DIXIT

    Plaintiff(s),

v.

AKASH DIXIT

    Defendant(s).
_____/

Case No. 20-12070

Judge Linda V. Parker

Magistrate Judge R. Steven Whalen

**NOTICE OF CORRECTION**

Docket entry number __13__, filed __9/8/2020__, has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [x] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [ ] Other:

If you need further clarification or assistance, please contact __R. Loury__ at __(313) 234-5524__.

DAVID J. WEAVER, CLERK OF COURT

Dated: September 8, 2020

s/R. Loury
Deputy Clerk