UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TANYA SINGH DIXIT,

    Plaintiff,

v.

    Case No. 20-cv-12070
    Honorable Linda V. Parker

AKASH DIXIT.

    Defendant.
_____/

## OPINION AND ORDER DENYING AMENDED MOTION TO AMEND UNDER FRCP 59(e) (ECF NO. 14)

On August 3, 2020, the Court issued an Opinion and Order remanding this case to the Fulton County Superior Court in Atlanta, Georgia. (ECF No. 7.) In an Opinion and Order issued on this date, the Court denied Defendant Akash Dixit's Motion to Amend Under FRCP 59(e). (ECF No. 13.) For the same reasons articulated in the Court's earlier September 8 Opinion and Order (ECF No. 16), Plaintiff's Amended Motion to Amend Under FRCP 59(e) is **DENIED**.

    **IT IS SO ORDERED**.

    s/ Linda V. Parker
    LINDA V. PARKER
    U.S. DISTRICT JUDGE

Dated: September 8, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, September 8, 2020, by electronic and/or U.S. First Class mail.

                                                s/ R. Loury
                                                Case Manager